UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRACEY J. TERRY,<br><br>                   Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br><br>                   Defendant. | Case No. C16-5990 MLP<br><br>ORDER |

       This matter comes before this Court following an appeal (dkt. # 24) of Magistrate Judge James P. Donohue's Order affirming the Social Security Administration's denial of benefits to Plaintiff (dkt. # 22). On May 3, 2019, the United States Court of Appeals for the Ninth Circuit issued a Memorandum (dkt. # 27) affirming in part and reversing in part that decision and remanding this matter to the Social Security Administration for additional proceedings consistent with the Memorandum.

       On June 25, 2019, the Court of Appeals issued the formal Mandate pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure, making it the final judgment of the Court. (Dkt. # 29.)

It is hereby ORDERED that this matter be remanded to the Social Security Administration for further proceedings consistent with the Memorandum of the United States Court of Appeals for the Ninth Circuit, entered May 3, 2019. (Dkt. # 27.)

Dated this 25th day of June, 2019.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 2